# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

137583

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 137583
COA: 283796
Allegan CC: 05-014088-FH

JOSH DUANE RUSSELL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 8, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

Clerk

s0518